UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| GREGORY MUSSELWHITE & HAROLD WILLIAMSON, JR., <br><br> Plaintiffs, <br><br> v. <br><br> WESTINGHOUSE ELECTRIC COMPANY, LLC, STONE & WEBSTER, INC., STONE & WEBSTER SERVICES LLC, STONE & WEBSTER, LLC, <br><br> Defendants. | Civ. Action No. 2:19-cv-01338-CB |

**STIPULATION TO DISMISS WITH PREJUDICE**
**PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that Plaintiffs Gregory Musselwhite and Harold Williamson, Jr and Defendants Westinghouse Electric Company, LLC, Stone & Webster, Inc., Stone & Webster Services LLC and Stone & Webster, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-captioned action, including all claims asserted in the Second Amended Complaint.

The parties consent to the filing of this stipulation by counsel for Plaintiffs.

| | |
|---|---|
| Date: July 15, 2020 | Respectfully submitted by: |
| **FOR THE PLAINTIFFS:** | **FOR THE DEFENDANTS:** |
| */s/William R. Liles* | */s/Eric G. Soller* |
| Andrew Dunlap | Eric G. Soller |
| Texas State Bar No. 24078444 | **Pietragallo Gordon Alfano Bosick &** |
| William R. Liles | **Raspanti, LLP** |
| Texas State Bar No. 24083395 | One Oxford Centre, 38th Floor |
| **Josephson Dunlap, LLP** | Pittsburgh, PA 15219 |
| 11 Greenway Plaza, Suite 3050 | (412) 263-2000 |
| Houston, Texas 77046 | egs@pietragallo.com |
| Telephone: 713.352.1100 | |
| Facsimile: 713.352.3300 | Joseph L. Gordon |
| mjosephson@mybackwages.com | **Pietragallo Gordon Alfano Bosick &** |
| adunlap@mybackwages.com | **Raspanti, LLP** |
| | 1818 Market Street, Suite 3402 |
| **AND** | Philadelphia, PA 19103 |
| | 215-988-1475 |
| Richard J. (Rex) Burch | Fax: 215-754-5173 |
| Texas State Bar No. 24001807 | jlg@pietragallo.com |
| **Bruckner Burch PLLC** | |
| 8 Greenway Plaza, Suite 1500 | *Attorneys for Defendants* |
| Houston, Texas 77046 | |
| Telephone: 713.877.8788 | |
| Facsimile: 713.877.8065 | |
| rbruch@brucknerburch.com | |

**AND**

Joshua P. Geist PA. I.D. No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Telephone: 412.766.1455
Facsimile: 412.766.0300
josh@goodrichandgeist.com

*Attorneys for Plaintiffs*